IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN M. STEVENS,

    Plaintiff,

v.

KATHLEEN COLHEEN,

    Defendant.

No. C 12-03276 SBA (PR)

**JUDGMENT**

    Pursuant to the Order of Dismissal signed today, judgment is hereby entered dismissing the complaint with prejudice. 28 U.S.C. § 1915A. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED:   7/17/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Stevens3276.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEAN M. STEVENS,

        Plaintiff,

  v.

KATHLEEN COLHEEN et al,

        Defendant.

Case Number: CV12-03276 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean Michael Stevens 10061857
Sonoma County Jail
3777 Ventura Ave.
Santa Rosa, CA 95403

Dated: July 18, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk